UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, et al., | CASE NO. C21-0847JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| WASHINGTON SQUARE HOTEL HOLDINGS LLC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

To assist the court in its *in camera review* of the unredacted emails produced by Defendant Washington Square Hotel Holdings LLC ("WSHH") per the court's order denying in part Plaintiff Valley Forge Insurance Company's ("Valley Forge") motion to compel discovery (*see* 12/1/22 Order (Dkt. # 65)), the court ORDERS Valley Forge to provide the court with the redacted versions of the emails at issue produced by WSHH.

MINUTE ORDER - 1

Specifically, the court ORDERS Valley Forge to provide the redacted versions of the following documents no later than December 16, 2022:  WSHH194972-75; WSHH194984-90; WSHH195002-09; WSHH195011-18.[1]

Filed and entered this 13th day of December, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

---

[1] Although additional documents are at issue (*see* 12/1/22 Order at 6-7), the court only finds it necessary for Valley Forge to produce redacted versions of the identified documents.

MINUTE ORDER - 2