1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY and CONTINENTAL CASUALTY COMPANY,<br><br>      Plaintiffs,<br><br>    v.<br><br>WASHINGTON SQUARE HOTEL HOLDINGS, LLC (as alleged assignee of Vandervert Construction, Inc.),<br><br>      Defendant. | NO. 2:21-cv-00847-JLR<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR: March 17, 2023** |

This matter came before the Court on the Stipulated Motion to Dismiss With Prejudice.  In adjudicating this motion, the Court has considered the parties Stipulated Motion to Dismiss With Prejudice.

Accordingly, it is hereby ORDERED, that the Stipulated Motion to Dismiss With Prejudice is GRANTED.

DONE IN COURT this 17th day of March, 2023.

_____
The Honorable Judge James L. Robart

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE – 1
(2:21-cv-00847-JLR)

1

RESPECTFULLY SUBMITTED on this 17th day of March, 2023,

2

3

DATED: March 17, 2023

CARNEY BADLEY SPELLMAN, P.S.
*S/ Jeffrey D. Laveson*

4

Jeffrey D. Laveson, WSBA No. 16351
Linda B. Clapham, WSBA No. 16735
*Attorneys for Attorneys for Defendant*
*Washington Square Hotel Holdings, LLC*

5

6

7

DATED: March 17, 2023

DLA PIPER LLP (US)
*S/Austin Rainwater (per email approval)*

8

Anthony Todaro, WSBA No. 30391
Austin Rainwater, WSBA No. 41904
Joseph Davison, WSBA No. 51264
*Attorneys for Plaintiffs Valley Forge*
*Insurance Company And Continental*
*Casualty Company*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE – 2
(2:21-cv-00847-JLR)

WES093-0002 21-847 Valley Forge v. WSHH Order Granting Stipulated Motion
for Dismissal With Prejucide